UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **WILLIAM CISCO,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **UNITED STATES OF AMERICA,** | CASE NO: 19-1096-STA-jay |
| Respondent. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing § 2255 Petition and Directing Clerk to Close Case entered on May 22, 2019, the Petition is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/22/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk